# Court of Appeals
## Tenth Appellate District of Texas

10-25-00267-CV

In re Western Dairy Transport, LLC and Melvin Leroy Carter

Original Proceeding

PER CURIAM opinion of the Court.

## MEMORANDUM OPINION

The Petition for Writ of Mandamus filed on August 14, 2025, by Relators,

Western Dairy Transport, LLC and Melvin Leroy Carter, is DENIED.

PER CURIAM

OPINION DELIVERED and FILED: August 21, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied
OT06

